IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>EDWARD RAPOZA, et al.,<br><br>          Defendants. | NO. C06-7427 TEH<br><br>ORDER DENYING DEFENDANT RAPOZA'S MOTION FOR EXTENSION OF TIME |

The Court is in receipt of Defendant Edward Rapoza's motion for extension of time "to do necessary research and investigation to challenge Court granting summary judgment at pretrial conference [sic]." Mot. at 2. As Defendant Richard H.S. Pang, Jr. correctly observes in his opposition to Rapoza's motion, there is no currently pending motion for summary judgment in this case, and the Court denied Pang, Jr.'s initial motion for summary judgment as it related to Rapoza's claims. Accordingly, there is currently nothing before this Court for Rapoza to oppose, and the Court therefore DENIES Rapoza's motion for an extension of time.

**IT IS SO ORDERED.**

Dated:   10/04/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT