IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EDWARD RAPOZA, et al.,<br><br>　　　　　Defendants. | NO. C06-7427 TEH<br><br>ORDER VACATING JANUARY 14, 2008 MOTION HEARING |

　　　Defendant Richard H.S. Pang, Jr.'s renewed motion for summary judgment is currently scheduled for hearing on January 14, 2008. The Court has concluded that oral argument on this motion is unnecessary, and the January 14, 2008 hearing is therefore VACATED. A written order addressing the merits of Pang, Jr.'s motion will be forthcoming.

**IT IS SO ORDERED.**

Dated: 01/10/08

　　　　　　　　　　　　　　　THELTON E. HENDERSON, JUDGE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT